IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN MARTIN MITCHELL, SR.
ADC #500399                                                              PLAINTIFF

v.                         No. 3:15-cv-255-DPM

JARED COOK, JUSTIN HOOTEN,
and RON HUNTER                                                          DEFENDANTS

ORDER

Mitchell hasn't submitted a completed application to proceed *in forma pauperis*, and the time to do so has passed. № 3. And he hasn't kept his address current. № 4. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 September 2015