IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN MARTIN MITCHELL, SR.
ADC #500399                                                                                           PLAINTIFF

v.                              No. 3:15-cv-255-DPM

JARED COOK, JUSTIN HOOTEN,
and RON HUNTER                                                                                     DEFENDANTS

## JUDGMENT

Mitchell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2015